IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH RUSSO, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 11-293 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 11th day of May 2011, upon consideration of Defendant Pamela Pryor Dembe's Motion to Dismiss (Doc. No. 6), Defendants City of Philadelphia and Amy L. Kurland's Motion to Dismiss (Doc. No. 8), Plaintiff Joseph Russo's Responses in Opposition to both Motions (Doc. Nos. 9, 10), and Defendant Dembe's Reply (Doc. No. 11), as well as the Complaint (Doc. No. 1) and the exhibits filed by the parties, and after a hearing held on April 11, 2011, it is **ORDERED** as follows:

1. Defendant Pamela Pryor Dembe's Motion to Dismiss (Doc. No. 6) is **GRANTED**.

2. Defendants City of Philadelphia and Amy L. Kurland's Motion to Dismiss (Doc. No. 8) is **GRANTED**.

3. The Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

4. All pending Motions are **DENIED AS MOOT**.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.